*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KISOR, GANNON, and FLINTOFT
Appellate Military Judges

————————————

**UNITED STATES**
*Appellee*

**v.**

**Patrick E. McGRATH**
Gunnery Sergeant (E-7), U.S. Marine Corps
*Appellant*

**No. 202500115**

————————————

Decided: 15 May 2026

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Benjamin A. Mills

Sentence adjudged 5 November 2024 by a special court-martial tried at Marine Corps Base Camp Lejeune, North Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for 30 days and forfeiture of $1,000.00 pay per month for three months.[1]

For Appellant:
*Captain Colin P. Norton, USMC*

---

[1] Appellant was credited with having served 12 days of pretrial confinement.

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.



FOR THE COURT:

MARK K. JAMISON
Clerk of Court

———————————————

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.